IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ENTERGY CORPORATION;**
**ENTERGY MISSISSIPPI, INC.; and**
**ENTERGY SERVICES**                                                     **PLAINTIFFS**

**VS.**                                     **CIVIL ACTION NO. 3:08-cv-541-WHB-LRA**

**JIM HOOD, Attorney General of Mississippi;**
**SCOTT A. JOHNSON, Special Assistant**
**Attorney General of Mississippi; and**
**LEE McDIVITT, Investigator,**
**Mississippi Attorney General's Office,**
**Consumer Protection Division**                            **DEFENDANTS**

## ORDER OF DISMISSAL

In accordance with the Opinion and Order entered this day granting Defendants' Amended Motion to Dismiss on the grounds of mootness, the above referenced case is hereby dismissed as moot, and without prejudice.

SO ORDERED this the 9th day of March, 2009.

                                                        s/ William H. Barbour, Jr.
                                                        UNITED STATES DISTRICT JUDGE